### 58159. BENNETT et al. v. SMITH.

BIRDSONG, Judge.

The decision of this court in the above styled case (*Bennett v. Smith,* 152 Ga. App. 841 (264 SE2d 233)), having been reversed by the Supreme Court on certiorari (*Bennett v. Smith,* 245 Ga. 725, 1980)), our decision is hereby vacated, and the decision of the Supreme Court is made our own, and the judgment of the trial court is reversed.

*Judgment reversed. Deen, C. J., Quillian, P. J., McMurray, P. J., Smith, Shulman, Banke, and Carley, JJ., concur. Sognier, J., not participating.*

ARGUED JULY 9, 1979 — DECIDED JUNE 5, 1980.

*Glyndon C. Pruitt,* for appellants.
*J. Douglas Stewart,* for appellee.